IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERMAN DHADE, as an individual and on behalf of others similarly situated, : : : : Plaintiff, : : v. : : HUNTINGTON LEARNING CENTERS, INC. : : : Defendant. : | Civil Action No. 17-1834-CFC |

## ORDER

At Wilmington this 9th day of October in 2019:

For the reasons set forth in the Memorandum Opinion issued this day,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss The Complaint with Prejudice (D.I. 7) is **GRANTED**.

_____
COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE